UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No. 1:20-cv-23216-UU

**CARLOS TOLEDO,**

    **Plaintiff,**

v.

**C4 PLANNING SOLUTIONS, LLC,**
a Limited Liability Company,

    **Defendant.**
_____/

**NOTICE OF FILING PLAINTIFF'S AMENDED STATEMENT OF CLAIM**

Pursuant to this Court's Order dated August 4, 2020 [DE.4], Plaintiff, CARLOS TOLEDO, hereby gives Notice of filing the following Amended Statement of Claim:

**STATEMENT OF CLAIM**

Plaintiff states the following:

Plaintiff was hired by Defendant to work as a non-exempt hourly paid Engineer for Defendant from January 22, 2018 through July 20, 2020 (130) weeks. As a non-exempt hourly paid employee under the FLSA, Plaintiff was entitled to time and one-half overtime compensation for all hours worked over forty (40) within a work week. Plaintiff worked for Defendant in excess of forty (40) hours within a work week, throughout his employment and Defendant failed to compensate Plaintiff at a rate of one and one-half times Plaintiff's regular rate for all hours worked in excess of forty (40) hours in a single workweek. Plaintiff was required to work forty-five (45) t per week (approximately 5 overtime hours). Rather than pay Plaintiff time and half overtime as the FLSA required, Defendant elected to pay Plaintiff straight time, or his regular hourly rate, for each hour worked over forty (40) per week. Plaintiff was illegally terminated on July

20, 2020, upon his objection to Defendant's illegal pay practices the day before on July 19, 2020, and is seeking lost/back wages from the date of termination through the date of trial

Upon receipt of Defendant's records, if necessary, Plaintiff will supplement and/or amend this Statement of Claim, to reflect actual damages owed. Accordingly, Plaintiff is entitled to compensation for overtime hours each work week, Plaintiff estimates his damages as follows:

Based on a half time method, Plaintiff calculates his overtime damages at:

**January 22, 2018 through July 20, 2020 (130 weeks):**

**$80.04 per hour/ 2 = $40.02 (half time rate) x 5 hours (average overtime per week) = $200.10 x 130 weeks =**

**TOTAL: $26,013.00 (unliquidated); $52,026.00 (liquidated).**

Plaintiff's counsel has incurred 9.3 hours by counsel on this matter at his hourly rate of $450.00 per hour, for a total of $4,185.00. Additionally, Plaintiff has incurred filing fees on this matter.

Plaintiff is seeking her full payment of all actual overtime wages owed and an equal amount in liquidated damages, plus reasonable attorneys' fees and costs, on her behalf during this litigation of this matter.

Dated this 4th day of September 2020.

*[The remainder of this page is intentionally left blank.]*

Respectfully Submitted,

/s/ *Alexander T. Harne*
Noah E. Storch, Esq.
Florida Bar No. 0085476
Alexander T. Harne, Esq.
Florida Bar No. 126932
RICHARD CELLER LEGAL, P.A
10368 W. State Road 84,
Suite 103
Davie, Florida 33324
Telephone: (866) 344-9243
Facsimile: (954) 337-2771
E-mail:
noah@floridaovertimelawyer.com

*Attorneys for Plaintiff*