UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-23216-UU

CARLOS TOLEDO,

    Plaintiff,

v.

C4 PLANNING SOLUTIONS, LCC,

    Defendant.
_____/

## ORDER

THIS CAUSE comes before the Court upon the parties' Joint Motion for Extension of Deadlines Related to Initial Planning and Scheduling Conference, Settlement Conference (the "Motion"). D.E. 15. The Court having considered the Motion and the pertinent portions of the record and being otherwise fully advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Motion (D.E. 15) is GRANTED IN PART and DENIED IN PART. The Initial Planning and Scheduling Conference is hereby RESET to **Friday, October 30, 2020 at 10 a.m.** In addition, the parties SHALL file a Joint Planning and Scheduling Report **no later than Friday, October 16, 2020**. The Motion is DENIED to the extent it seeks to enlarge the time for Defendant to respond to Plaintiff's Statement of Claim and to reschedule the settlement conference.

DONE AND ORDERED in Chambers at Miami, Florida, this _22d_ day of September, 2020.

*[signature: Ursula Ungaro]*

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

Copies furnished:
All counsel of record